AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

DKS VENTURES, LLC., a Washington Limited Liability Company,

                    Plaintiff,

                    v.

REBECCA JOYCE KALCH and STEVEN LOUIS KALCH, individuals

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-254-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of DKS VENTURES, LLC without prejudice. This lawsuit is REMANDED to Spokane County Superior Court.

October 12, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Renea Ferrante
*(By) Deputy Clerk*
Renea Ferrante